**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1392**

In re: GEORGE THOMAS POTTS, JR.,

          Petitioner.

On Petition for Writ of Mandamus
(1:12-cr-00237-TDS-1; 1:14-cv-00903-TDS-JLW)

Submitted: May 25, 2017                    Decided: May 31, 2017

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

George Thomas Potts, Jr., Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Thomas Potts, Jr., petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court adopted the recommendation of the magistrate judge and granted Potts' § 2255 motion on April 26, 2017. Accordingly, because the district court has recently ruled on Potts' motion, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*